IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02365-BNB

LYNN EUGENE SCOTT,

    Applicant,

v.

ARI ZARVARAS [sic], Director of Department of Corrections,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
FR. COLORADO

NOV 2 8 2007

C. LANGHAM
CLERK

_____

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

_____

Applicant, Lynn Eugene Scott, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Sterling, Colorado, correctional facility. Mr. Scott has filed **pro se** an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994). As relief he asks for his immediate release, release on parole, and money damages. Mr. Scott may not obtain money damages through a habeas corpus action.

The Court must construe the application liberally because Mr. Scott is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the **pro se** litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Scott will be ordered to file an amended application.

The Court has reviewed the application and finds that the application is deficient. Mr. Scott's application fails to comply with Rule 8 of the Federal Rules of Civil

Procedure. The Federal Rules of Civil Procedure apply to applications for habeas corpus relief. *See* Fed. R. Civ. P. 81(a)(2); ***Browder v. Director, Dep't of Corrections***, 434 U.S. 257, 269 (1978); ***Ewing v. Rodgers***, 826 F.2d 967, 969-70 (10th Cir. 1987).

Pursuant to Fed. R. Civ. P. 8(a), a pleading "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." Fed. R. Civ. P. 8(e)(1) provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Scott's application is confusing. It is not clear whether he is challenging the denial of mandatory parole or whether he is challenging the revocation of his parole. His claims appear to be challenging the denial of mandatory parole. In his discussion of the nature of the case, he appears to be challenging both the denial of mandatory parole and the revocation of his parole. Although Mr. Scott has failed to comply with Fed. R. Civ. P. 8, he will be given an opportunity to clarify his claims on an amended 28 U.S.C. § 2241 application. Accordingly, it is

ORDERED that Mr. Scott file **within thirty (30) days from the date of this order** an amended application that complies with this order. It is

FURTHER ORDERED that the amended application shall be titled "Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241," and shall be

2

filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Scott, together with a copy of this order, two copies of the Court-approved form for use in filing the amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Scott fails within the time allowed to file an amended application as directed, the application will be denied and the action will be dismissed without further notice.

DATED November 28, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  07-cv-02365-BNB

Lynn E. Scott
Prisoner No. 60760
Sterling Correctional Facility
PO Box 6000 – Unit 4
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 11/28/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk