IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-02365-WDM-MJW

LYNN EUGENE SCOTT,

    Applicant,

v.

KEVIN MILLARD,

    Respondent.

_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Applicant's Motion for Judgement Pursuant to Federal Civil Rule 12(C) (doc no 28) is construed as a motion for judgment on the pleadings in favor of Applicant (not "Defendant") and is denied without prejudice. A decision will issue in due course.

Dated: December 1, 2008

                                               s/ Jane Trexler, Judicial Assistant