IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   07-cv-02365-WDM-MJW

LYNN E. SCOTT,

      Petitioner,

v.

KEVIN MILLARD, Warden, S.C.F.,

      Respondent.

---

## ORDER ON MOTION TO RECONSIDER

---

Miller, J.

      This case is before me on the Motion to Reconsider Judgment (doc no 48), filed by Petitioner.  On May 10, 2009, I issued an order (doc no 46) accepting the recommendation of Magistrate Judge Michael J. Watanabe and denying Petitioner's Petition for Writ of Habeas Corpus.  Judgment was entered against Petitioner on May 12, 2009.

      In general, the Tenth Circuit construes a motion to reconsider that is filed within ten days after an order or judgment as a motion to alter or amend pursuant to Rule 59(e); a motion to reconsider filed after ten days is treated as a motion for relief from judgment under Rule 60(b).  *Weitz v. Lovelace Health Sys., Inc.*, 214 F.3d 1175, 1178 (10th Cir. 2000).  Because this motion was filed more than ten days after judgment was entered, I will construe it as a Rule 60(b) motion.

      Petitioner's Motion to Reconsider restates the same arguments he made in his petition and objections to Magistrate Judge Watanabe's recommendation.  "Rule 60(b) is

'not available to allow a party merely to reargue an issue previously addressed by the court when the reargument merely advances new arguments or supporting facts which were available for presentation at the time of the original argument.'" *FDIC v. United Pacific Ins. Co.*, 152 F.3d 1266, 1272 (10th Cir. 1998) (citation omitted).   Petitioner has not demonstrated entitlement to relief under Rule 60(b) and his motion is denied.

DATED at Denver, Colorado, on June 25, 2009.

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge