IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02365-WDM-MJW

LYNN EUGENE SCOTT,

    Applicant,

v.

KEVIN MILLARD, Warden, S.C.F.,

    Respondent.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Miller, Judge

    Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and dismissing the action. I have reviewed the file and find that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 7th day of July, 2009.

    BY THE COURT:

    s/ Walker D. Miller

    JUDGE, UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO